UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXI AYALA PEREZ,<br><br>                    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No.: 3:25-cv-03777-CAB-JLB<br><br>**ORDER TO RESPOND** |

On December 25, 2025, Petitioner Alexi Ayala Perez ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the Immigration and Nationality Act, the Fifth Amendment, and ICE's own regulations governing the termination of parole. [*Id.* at 2, 12–14.] He principally seeks immediate release, or alternatively, a constitutionally adequate bond hearing. [*Id.* at 15.]

Having reviewed the petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.").

///

///

Accordingly, the Court **ORDERS** as follows:

1. Respondents shall file a response to the Petition by **January 5, 2026**. The response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply by **January 8, 2026**.

3. To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **SHALL NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the petition.[1]

4. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition and this order.

It is **SO ORDERED**.

Dated: December 29, 2025

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] *See Doe v. Bondi*, Case No. 3:25-cv-805-BJC-JLB, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).